**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| DYNASTY MANAGEMENT, LLC,<br><br>                             *Plaintiff*,<br><br>   v.<br><br>AUGUST ALSINA, SHEILA SANDERS, NNTME MUCO, LLC, HENRY LEE, DONALD ALBRIGHT, DITTO MUSIC, LTD, MATT PARSONS, DEF JAM RECORDINGS, INC., STEVE BARTELS, UNIVERSAL MUSIC GROUP, INC., and LUCIAN GRAINGE,<br><br>                            *Defendants*. | Case No.: |

## DEFENDANT'S NOTICE OF REMOVAL

Defendant UMG RECORDINGS, INC. ("UMG"; incorrectly sued herein as "Universal Music Group, Inc." and "Def Jam Recordings, Inc.), by and through its attorneys, Fowler White Burnett, PA and Jenner & Block LLP, pursuant to 28 U.S.C. §§ 1441 and 1446, hereby removes this action from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade Country, Florida, to the United States District Court for the Southern District of Florida on the following grounds:

      1.      On or about September 2, 2015, an action was commenced in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade Country, Florida, entitled *Dynasty Management, LLC v. Alsina, et al.*, Case No. 2015-020387-CA-01 (the "State Court Action"). Plaintiff filed an Amended Complaint in the State Court Action on December 1, 2015 (the "Amended Complaint").

2.     UMG, incorrectly sued as "Universal Music Group, Inc." and "Def Jam Recordings, Inc.", was served with a Summons and the Amended Complaint on January 26, 2016.  Copies of the Summons and Amended Complaint are annexed hereto as Exhibit A.

3.     This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b) since it was filed within thirty (30) days of service of the Summons and Amended Complaint that provided the basis for removal of the State Court Action to this Court.

4.     This is a civil action for breach of contract, tortious interference, and unjust enrichment.  The United States District Court for the Southern District of Florida has jurisdiction over this case pursuant to 28 U.S.C. § 1332(a)(1) by reason of the diversity of the citizenship of the parties:

    a.     The Amended Complaint alleges that Plaintiff Dynasty Management is incorporated in the State of Florida with its principal place of business in Florida.

    b.     The Amended Complaint alleges that Defendant August Alsina is a resident of the State of Georgia.

    c.     The Amended Complaint alleges that Defendant Sheila Sanders is a resident of the State of Texas.

    d.     The Amended Complaint alleges that Defendant NNTME MUCO, LLC ("Noontime"), is incorporated in the State of Georgia with its principal place of business in the State of Georgia.

    e.     The Amended Complaint alleges that Defendant Henry Lee is a resident of the State of Georgia.

    f.     The Amended Complaint alleges that Defendant Donald Albright is a resident of the State of Georgia.

  g. The Amended Complaint alleges that Defendant DITTO Music, Ltd. ("DITTO"), is incorporated in the United Kingdom with its principal place of business in England and with no offices in the State of Florida.

  h. The Amended Complaint alleges that Matthew Parsons is a resident of the United Kingdom.

  i. The Amended Complaint alleges that Bartels is a citizen and resident of the State of New York.

  j. The Amended Complaint alleges that Grainge is a resident of the State of California.

  k. UMG is a company organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

5. The Amended Complaint alleges that the amount in controversy in this action exceeds the sum of $75,000, exclusive of interest and costs, as plaintiff seeks, inter alia, damages in excess of three million dollars.

6. The Summons and Amended Complaint are the only pleadings or other papers served upon UMG in the State Court Action.

7. A copy of this notice will be filed with the Clerk of the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade Country, Florida, as required by 28 U.S.C. § 1446(d).

8. UMG will give written notice of the filing of this notice to all adverse parties as required by 28 U.S.C. § 1446(d).

9. To the knowledge of submitting counsel, Defendants Alsina, Sanders, Bartels, and Grainge are the only other defendants who have been served.  Each of these defendants has

consented to the removal of this action to the United States District Court for the Southern District of Florida.

WHEREFORE, UMG, with the consent of all served Defendants, respectfully requests removal of this action from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade Country, Florida, to the United States District Court for the Southern District of Florida.

Dated: February 11, 2016.

Respectfully submitted,

/s/ Alice K. Sum
Alice K. Sum
Fla. Bar No. 354510
Email: asum@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:   (305) 789-9200
Facsimile:    (305) 789-9201

JENNER & BLOCK LLP
Andrew H. Bart (pro hac vice application forthcoming)
Christine I. Lee (pro hac vice application forthcoming)
919 Third Avenue, 37th Floor
New York, New York  10022
(212) 891-1600

*Attorneys for Defendants UMG Recordings, Inc. (incorrectly sued herein as "Universal Music Group, Inc. and "Def Jam Recordings, Inc."), Steve Bartels, Lucian Grainge*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2015, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Alice K. Sum
Alice K. Sum

## SERVICE LIST

CASE NO. _____

Andrew Williams, Esq.
THE WILLIAMS LAW GROUP
6273 Sunset Drive, Suite D-3
South Miami, FL 33143
*Attorneys for Plaintiff*
**via e-mail**

Jacqueline M. DeLeon, Esq.
Christopher A. Noel, Esq.
Gordon & Rees, LLP
200 S. Biscayne Blvd.
Suite 4300
Miami, FL 33131
*Attorneys for Defendant August Alsina*
**via e-mail**

4812-8977-0286, v.  1