**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case 1:16-cv-20511-KMW

DYNASTY MANAGEMENT, LLC. [sic],

Plaintiff

v.

AUGUST ALSINA, SHEILA SANDERS,
NNTME MUCO, LLC., HENRY LEE,
DONALD ALBRIGHT, DITTO MUSIC, LTD.,
MATT PARSONS, DEF JAM RECORDINGS,
INC., STEVE BARTELS, UNIVERSAL MUSIC
GROUP, INC., and LUCIAN GRAINGE,

Defendants
_____/

**DEFENDANTS NNTME MUCO, LLC'S and HENRY LEE'S MOTION TO DISMISS, OR, IN THE ALTERNATIVE, MOTION FOR EXTENSION OF TIME TO RESPOND**

Defendants herein NNTME MUCO, LLC ("Nntme") and HENRY LEE ("Lee"), by and through their undersigned attorneys, do hereby file their Motion to Dismiss or, in the Alternative, Motion for Extension of Time to Respond ("Motion") to the Complaint herein.

As grounds for this Motion, Nntme and Lee submit the following:

<u>I. The Complaint Should be Dismissed Pursuant to, Inter Alia, F. R. Civ. P. 4(m)</u>

1. F. R. Civ. P. 4(m) provides, in pertinent part, as follows:

> **"Time Limit for Service.** If a defendant is not served within 90 days after the complaint is filed, the court -- on motion or on its own after notice to the plaintiff -- must dismiss the action without prejudice against that defendant or order that service be made within a specified time."

1

2. Here, the Complaint was, by its own terms, filed in the Eleventh Judicial Circuit in and for Miami-Dade County ("State court") on December 1, 2015, and the summonses to Nntme and Lee were issued on that same date. (*See* Composite Exhibit A, attached hereto and made a part hereof by this reference).

3. The Summonses and Complaint were served on Nntme and Lee on June 23, 2016, about 200 days subsequent to the filing of this Complaint in State court, and therefore well after the 90 day limit in F. R. Civ. P. 4(m).

4. Even if the interval between the time of filing and time of service were to be calculated from the date of Removal of this case to this Court, which occurred on February 11, 2016, the delay between the Removal date and service on these Defendants has been 133 days, again well beyond the 90-day limit in the Federal Rules.

5. Accordingly, the Complaint should be dismissed as against these Defendants pursuant to F. R. Civ. P. 4(m).

<u>II. Defendants Nntme and Lee Should be Granted a Fourteen (14)-Day Extension of Time in Which to Respond to The Complaint</u>

6. Undersigned counsel were first informed of the pendency of this lawsuit earlier today, July 13, 2016.

7. Given that responding to the Complaint will require analysis, research and preparation, and that Plaintiff's counsel has refused to consent to an extension as telephonically requested by undersigned counsel on this date, the Court is respectfully asked to provide a fourteen (14)-day extension, up to an including Wednesday, July 27, 2016, to file responsive pleadings on behalf of Defendants Nntme and Lee.

**CERTIFICATION**

Undersigned counsel represent that they have conferred with the attorney for Plaintiff, and that said attorney has refused to grant the Extension requested herein.

Dated: July 13, 2016

Respectfully Submitted,

/s/ Barry Oliver Chase
Florida Bar Number 83666
Email: barry@chaselawyers.com
/s/ Gregory Bloom
Florida Bar Number 76846
Email: greg@chaselawyers.com
Tel: (305) 373-7665
Fax: (305) 373-7668
21 SE 1st Ave., Suite 700
Miami, FL 33131
Attorneys for Defendants Nntme Muco, LLC
and Henry Lee

## CERTIFICATE OF SERVICE

I hereby certify that, on July 13, 2016, I electronically filed the foregoing with the Clerk of Court by using the ECF system, and that a true and correct copy of the foregoing was furnished via court electronic service to all counsel of record.

/s/ Barry Oliver Chase

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF FLORIDA

Case 1:16-cv-20511-KMW

DYNASTY MANAGEMENT, LLC. [sic],

Plaintiff

v.

AUGUST ALSINA, SHEILA SANDERS,
NNTME MUCO, LLC., HENRY LEE,
DONALD ALBRIGHT, DITTO MUSIC, LTD.,
MATT PARSONS, DEF JAM RECORDINGS, INC.,
STEVE BARTELS, UNIVERSAL MUSIC GROUP,
INC., and LUCIAN GRAINGE,

Defendants
_____/

# COMPOSITE EXHIBIT "A" TO:

## DEFENDANTS NNTME MUCO, LLC'S and HENRY LEE'S MOTION TO DISMISS, OR, IN THE ALTERNATIVE, MOTION FOR EXTENSION OF TIME TO RESPOND

**(July 13, 2016)**

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT,
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2015-020387-CA-01

DYNASTY MANAGEMENT, LLC.,

    Plaintiff,

v.

AUGUST ALSINA, SHEILA SANDERS,
NNTME MUCO, LLC., HENRY LEE,
DONALD ALBRIGHT, DITTO MUSIC, LTD.,
MATT PARSONS, DEF JAM RECORDINGS, INC.,
STEVE BARTELS, UNIVERSAL MUSIC GROUP, INC.,
and LUCIAN GRAINGE

    Defendants.
_____/

NAME Traci Carderas
DATE  6/23/16.
TIME  8:31pm

## SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff of the State:

    YOU ARE COMMANDED to serve this summons and a copy of the complaint in this action on
Defendant:

> **Henry Lee**
> 751 Vinings Estates Dr SE
> Mabelton, GA 30126

    Each Defendant is required to serve written defenses to the complaint on Plaintiff's attorney,
whose address is:

               Andrew Williams, Esq.
               The Williams Law Group
               6273 Sunset Drive, Suite D3
               South Miami, FL 33143

within 20 calendar days after service of this summons on that Defendant, exclusive of the day of service,
and to file the original defenses with the clerk of this court either before service on Plaintiff's attorney or
immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for
the relief demanded in the complaint.

               Dated: December 1, 2015

               Harvey Ruvin
               Miami-Dade County Clerk of Courts

               By:_____
                    Deputy Clerk

## IMPORTANT

To the Defendant(s): A lawsuit has been filed against you in the above titled court by Plaintiff. Plaintiff's claim is stated in the written complaint, a copy of which is served upon you with this summons.

In order to defend against this lawsuit, you must respond to the complaint by stating your defense in writing, and serving a copy upon the person signing this summons within 20 calendar days after the service of this summons, excluding the day of service. A phone call will not suffice or protect you. If you do not file your response on time, a default judgment may be entered against you without notice. A default judgment is one where Plaintiff is entitled to what it asks for because you have not responded. If you serve a notice of appearance on the undersigned person you are entitled to notice before a default judgment may be entered.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response with the Clerk of the Court, you must also mail or take a copy of your written response to the "Plaintiff's Attorney" named below. The central location of the Clerk's office is at the Dade County Courthouse, 73 West Flagler Street, Room 133, Miami, Florida 33130.

Dated: December 1, 2015

THE WILLIAMS LAW GROUP
*Attorney for Plaintiff*
6273 Sunset Dr, Suite D-3
South Miami, Florida 33143
Telephone: (253) 970-1683
Email: Andrew@TheWilliamsLG.com
Secondary Email: WilliamsLawFlorida@gmail.com

By: _____
ANDREW WILLIAMS, ESQ.
FL Bar No. 0111817

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT,
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2015-020387-CA-01

DYNASTY MANAGEMENT, LLC.,

    Plaintiff,

v.

AUGUST ALSINA, SHEILA SANDERS,
NNTME MUCO, LLC., HENRY LEE,
DONALD ALBRIGHT, DITTO MUSIC, LTD.,
MATT PARSONS, DEF JAM RECORDINGS, INC.,
STEVE BARTELS, UNIVERSAL MUSIC GROUP, INC.,
and LUCIAN GRAINGE

    Defendants.
_____/

## SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff of the State:

    YOU ARE COMMANDED to serve this summons and a copy of the complaint in this action on
Defendant:

> **Henry Lee**
> 751 Vinings Estates Dr SE
> Mabelton, GA 30126

    Each Defendant is required to serve written defenses to the complaint on Plaintiff's attorney,
whose address is:

                  Andrew Williams, Esq.
                  The Williams Law Group
                  6273 Sunset Drive, Suite D3
                  South Miami, FL 33143

within 20 calendar days after service of this summons on that Defendant, exclusive of the day of service,
and to file the original defenses with the clerk of this court either before service on Plaintiff's attorney or
immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for
the relief demanded in the complaint.

                Dated: December 1, 2015

                Harvey Ruvin
                Miami-Dade County Clerk of Courts

                By:_____
                    Deputy Clerk

## IMPORTANT

To the Defendant(s): A lawsuit has been filed against you in the above titled court by Plaintiff. Plaintiff's claim is stated in the written complaint, a copy of which is served upon you with this summons.

In order to defend against this lawsuit, you must respond to the complaint by stating your defense in writing, and serving a copy upon the person signing this summons within 20 calendar days after the service of this summons, excluding the day of service. A phone call will not suffice or protect you. If you do not file your response on time, a default judgment may be entered against you without notice. A default judgment is one where Plaintiff is entitled to what it asks for because you have not responded. If you serve a notice of appearance on the undersigned person you are entitled to notice before a default judgment may be entered.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response with the Clerk of the Court, you must also mail or take a copy of your written response to the "Plaintiff's Attorney" named below. The central location of the Clerk's office is at the Dade County Courthouse, 73 West Flagler Street, Room 133, Miami, Florida 33130.

Dated: December 1, 2015

THE WILLIAMS LAW GROUP
*Attorney for Plaintiff*
6273 Sunset Dr, Suite D-3
South Miami, Florida 33143
Telephone: (253) 970-1683
Email: Andrew@TheWilliamsLG.com
Secondary Email: WilliamsLawFlorida@gmail.com

By:

ANDREW WILLIAMS, ESQ.
FL Bar No. 0111817