**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO.: 1:16-cv-20511

DYNASTY MANAGEMENT GROUP, LLC.,

       Plaintiff,

v.

AUGUST ALSINA, SHEILA SANDERS,
NNTME MUCO, LLC., HENRY LEE,
DONALD ALBRIGHT, and UMG
RECORDINGS, INC.

       Defendants.

_____/

**<u>MOTION FOR LEAVE TO FILE OUT OF TIME</u>**

    NOW COMES plaintiff, Dynasty Management Group, LLC., ("Dynasty"), by and through its undersigned counsel and respectfully requests that this Court grant its Motion for Leave to File Out of Time.  In support of this motion, Plaintiff shows unto the Court the following:

    1.  On October 21, 2016, at around 10:31 am (EST), this Court entered an Order granting the Plaintiff's Motion for Leave to File an Amended Complaint.

    2.  Pursuant to that Order, the Plaintiff was directed to file "a text-searchable version of the proposed final amended complaint" by 5:00 pm that same day.

    3.  On October 21, 2016, Plaintiff's counsel was preparing for a trip that same day and thus had taken a "personal day."[1]

    4.  It was Plaintiff's counsel intent, as is customary when he takes personal days, to read and "catch up" on his e-mails the next day.

---

[1] Plaintiff's counsel is a solo practitioner licensed is licensed to practice law in both Florida and California and who splits his time between California and Florida.  The trip was to California .

5.   On or around 4:15 pm (PST), Plaintiff's counsel began reading the past days e-mails \ when he discovered this Court's Order [DE 66], which had directed the Plaintiff to file by 5:00 pm (EST).

6.   Upon discovering the Order, Plaintiff's counsel immediately began drafting this present Motion and reviewed Section 3G(5) of the CM/ECF Administrative Procedures for the Southern District of Florida to ensure his compliance.

7.   Plaintiff's counsel is under the belief that his filing does and will comply with this requirement, but would ask for further direction from the Court in the event it does not, so Plaintiff may comply.

8.   Plaintiff's Counsel has acted expeditiously to correct his failing.

9.   The Defendants will not be prejudiced if this motion is granted.

10. Plaintiff on the other hand will be greatly prejudiced if this motion is not granted.

11. This Motion is made in good faith and not for the purposes of delay.

**WHEREFORE**, Plaintiff, Dynasty, respectfully request that the Court grant its Motion for Leave to File Out of Time to file the Third Amended Complaint and accept its filing.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(A)(3), counsel for Dynasty attempted to contact counsel for the represented Defendants, NNTME MUCO, LLC, and HENRY LEE, via telephone around 5:00 pm (PST) but the office was close due to it being a weekend.  Plaintiff's counsel shall contact them when business resumes on Monday, September 24, 2016.


This 22nd Day of October, 2016.                    s/Andrew Williams

THE WILLIAMS LAW GROUP
Andrew Williams
*Attorney for Plaintiff*
6273 Sunset Dr, Suite D-3
South Miami, Florida  33143
Telephone:  (253) 970-1683
FL Bar No. 0111817
Email:  Andrew@TheWilliamsLG.com
Secondary Email: WilliamsLawFlorida@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished by email this 10th day of August 2016 to the parties listed below.

## SERVICE LIST

**Andrew H. Bart, Esq.**
**Christine I. Lee, Esq.**
JENNER & BLOCK LLP
919 Third Avenue, 37th Floor
New York, New York 10022
Telephone: (212) 891-1600
ABart@Jenner.com
CILee@Jenner.com

**Barry O. Chase, Esq.**
**Gregory Bloom, Esq.**
CHASE LAWYERS
21 SE 1st Ave
Suite 700
Miami, FL 33131
Telephone: (305) 373-7665
Barry@ChaseLawyers.com
Greg@ChaseLawyers.com

**Alice K. Sum, Esq.**
FOWLER WHITE BURNETT, P.A.
Espirito Santo Plaza, Fourteenth Floor
1395 Brickell Ave
Miami, FL 33131
Telephone: (305) 789-9200
ASum@Fowler-White.com